IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELMAR FALLS, | 1:06-cv-01681-OWW-WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME NUNC PRO TUNC |
| M.C. KRAMER, | (DOCUMENT #11) |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 18, 2007, respondent filed a motion to extend time to file a motion to dismiss. Inasmuch as respondent filed the motion to dismiss on July 18, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondent's motion to extend time to file a motion to dismiss is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   August 22, 2007**            /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE