# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELMAR FALLS, | 1: 06 CV 01681 OWW WMW HC |
|       Petitioner, | ORDER DENYING MOTION FOR COPIES |
| | [Doc. 19] |
|   v. | |
| M. C. KRAMER, | |
|       Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Judgment was entered in this case on February 29, 2008. Petitioner now requests copies of documents from his cases before this court. Petitioner is informed that the court cannot provide copy or mailing service for a party, even for an indigent petitioner proceeding in forma pauperis. Copies of documents from the court file may be obtained at the cost of fifty cents per page. Accordingly, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   October 20, 2008**          /s/ **William M. Wunderlich**
                                                                       UNITED STATES MAGISTRATE JUDGE